MARK RENNER, SBN 121008
CARMELA WOLL, SBN 241215
WYLIE, McBRIDE, PLATTEN & RENNER
2125 Canoas Garden Avenue Suite 120
San Jose, CA 95125
Telephone:    408.979.2920
Facsimile:    408.979.2934
mrenner@wmprlaw.com
cwoll@wmprlaw.com

Attorney for Petitioner

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105,<br><br>                    Petitioner,<br><br>        vs.<br><br>WENDELL GRANT, a sole proprietor dba W.G. MECHANICAL AIR CONDITIONING & HEATING,<br><br>                    Respondent. | Case No. ED CV 08-1578 SGL (OPx)<br><br>**JUDGMENT** |

Judgment is hereby entered in favor or Petitioner Sheet Metal Workers' International, Local Union No. 105, and against Respondent W.G. Mechanical Air Conditioning and Heating, a California Corporation, in the amount of $68,683.88.  This judgment is comprised of a principal amount of $61,979.71, and attorney fees and costs of $6,704.40.

Dated: _May 01, 2009_____        _____
                                        HONORABLE STEPHEN G. LARSON

l:\0105\06603\pnd\judgement.doc